B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Micheal Anthony Moore
        Debra A Drummer-Moore
                                    Debtor(s)

Case No.  14-7477
Chapter   7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __76.50__ Check one   ☐ With the filing of the petition, or
                          ■ On or before  ~~3/08/14~~  MM 4/3/14

   $ __76.50__ on or before   ~~4/08/14~~  MM 5/3/14

   $ __76.50__ on or before   ~~5/08/14~~  MM 6/2/14

   $ __76.50__ on or before   ~~6/08/14~~  MM 7/2/14

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  March 1, 2014                 Signature  /s/ Micheal Moore
                                               Micheal Anthony Moore
                                               Debtor

_____
Attorney for Debtor(s)

                                    Signature  /s/ Debra Drummer-Moore
                                               Debra A Drummer-Moore
                                               Joint Debtor

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 04 2014
KENNETH S. GARDNER, CLERK
PS REP - SW

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Micheal Anthony Moore**
**Debra A Drummer-Moore** _____   Case No. __14-7477__
                              Debtor(s)              Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one   ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____   _____
                              *United States Bankruptcy Judge*